```
              IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF LOUISIANA
                     LAKE CHARLES DIVISION


UNITED STATES OF AMERICA         *   Docket No. 2:14-CR-207
                                 *
                                 *
VERSUS                           *   December 6, 2016
                                 *
                                 *
FRANKIE MALDONADO                *   Lake Charles, Louisiana

*****************************************************************

      REPORTER'S OFFICIAL TRANSCRIPT OF JURY VOIR DIRE
        HELD BEFORE THE HONORABLE PATRICIA MINALDI,
                UNITED STATES DISTRICT JUDGE

*****************************************************************

                     A P P E A R A N C E S


FOR THE GOVERNMENT:  JOHN LUKE WALKER
                     U.S. Attorney's Office
                     800 Lafayette Street, Suite 2200
                     Lafayette, Louisiana 70501
                     Email:  john.walker2@usdoj.gov
                     Phone:  (337) 262-6618
                     Fax:    (337) 262-6682


                     JAMILLA A. BYNOG
                     U.S. Attorney's Office
                     800 Lafayette Street, Suite 2200
                     Lafayette, LA  70501
                     Email:  jamilla.bynog@usdoj.gov
                     Phone:  (337) 262-6618
                     Fax:    (337) 262-6680


FOR THE DEFENDANT:   RANDAL P. McCANN
                     Law Office of Randal P. McCann
                     1005 Lafayette Street
                     Lafayette, Louisiana  70501
                     Email:  rpm@rpmlawfirm.com
                     Phone:  (337) 232-1255
                     Fax:    (337) 232-1268
```

**Deidre D. Juranka, RPR**
**United States Court Reporter**
**Western District of Louisiana**

```
REPORTED BY:        DEIDRE D. JURANKA, RPR
                    611 Broad Street, Suite 267
                    Lake Charles, Louisiana 70601
                    Email:  dd_juranka@lawd.uscourts.gov
                    Phone:  (337) 214-6669
                    Fax:    (337) 437-3873
```

```
 1                    COURT PROCEEDINGS
 2               (Call to order of the court.)
 3        THE COURT:  Good morning.
 4        MR. WALKER:  Good morning, Your Honor.
 5        THE COURT:  Mr. Walker, good morning.  All right.
 6   You know, most people are not happy to be here; but
 7   we're going to try to make this as pleasant and
 8   expeditious as we can.  And I thank you for being here
 9   doing your civic duty.  So what's going to happen right
10   now is -- oh.  Ms. Benoit, swear in the jury.
11               (Oath is administered.)
12        THE COURT:  Thank you.  And Ms. Benoit is going to
13   call 14 people, is that right, into the box which is
14   there.  And what we're going to do is ask some questions
15   to see if you are, I don't want to say qualified, but if
16   you are impartial enough to be a juror in this case.  Go
17   ahead.
18        MS. BENOIT:  ▮▮▮▮▮▮ -- ▮▮▮▮▮▮▮▮▮.
19   ▮▮▮▮▮▮▮▮, when you come up you're going to sit in
20   this first chair at the top.  ▮▮▮▮▮▮▮▮▮.
21        THE COURT:  I thought Leon Russell died, but he's
22   right over there.
23        MS. BENOIT:  ▮▮▮▮▮▮▮▮▮▮▮▮.
24        THE COURT:  Just kidding.
25        MS. BENOIT:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

1 ████████████████████████████████
2 █████████████████████████████████
3 ██████████████████████████████
4 ████████████████████████████████
5 ████████████████████████████

6      THE COURT: Okay. The purpose of this process is
7 that I ask you some questions and the attorneys have a
8 short period of time to ask you questions. So the first
9 thing I want to talk to you about is I think this --
10 Mr. Walker, what time do you think this is going to
11 take?
12      MR. WALKER: Your Honor, I expect this case to be
13 over probably by the end of tomorrow or possibly
14 Thursday morning at the latest.
15      THE COURT: Mr. McCann, do you agree with that?
16      MR. McCANN: I do, ma'am.
17      THE COURT: Okay. Thank you. So that's the
18 prognosis of this trial. And then we have to talk about
19 some things that I'm sure you've heard if you watch TV
20 at all because not everyone in here has heard me say
21 this before, but I have a godson who was asked what a
22 marathon was and he said when that's on *Law and Order*
23 every day or all day long. So, you know, we've all seen
24 that, I assume; but who knows. So if I repeat things
25 that you already know, please don't hold that against me

1   because I'm required to do that.
2       I'm going to ask the prosecutor and the defense
3   team to introduce themselves and the people who are
4   working with them.
5       MR. WALKER:  Good morning.  My name's Luke Walker.
6   I'm an assistant U.S. attorney.  This is Jamilla Bynog.
7   She's also an assistant United States attorney.  This is
8   Eric Link.  He works with Homeland Security
9   Investigations, and he'll be the case agent in our case.
10  He'll be sitting at the table with us.
11      THE COURT:  Thank you.  Does anyone know anyone at
12  the prosecutor's table?  If so, please raise your hand.
13  No hands are raised.
14      MR. McCANN:  Good morning.  My name is Randy
15  McCann.  I am a criminal defense lawyer.  My office is
16  in Lafayette.  My client's name is Frankie Maldonado.
17  Thank you.
18      THE COURT:  Anyone know either one of those people?
19  If so, please raise your hand.  No hands are raised.
20      Is anyone on the -- in the box right now related to
21  law enforcement?  If so, please raise your hand.  Yes,
22  sir.  This is ▓▓▓▓▓▓▓▓, correct?
23      ▓▓▓▓▓▓▓▓:  Yes, ma'am.
24      THE COURT:  Can you tell me who you're related to.
25      ▓▓▓▓▓▓▓▓:  My son.

```
 1          THE COURT:  To whom are you related?
 2          ▆▆▆▆▆▆▆▆▆:  My son is a Lake Charles police
 3   officer.
 4          THE COURT:  And what is his name?
 5          ▆▆▆▆▆▆▆:  ▆▆▆▆▆▆▆.
 6          THE COURT:  Counsel, does he have anything to do
 7   with this case?
 8          MR. WALKER:  He does not.  In fact, the people who
 9   are going to be testifying who are law enforcement are
10   going to be people from the Vernon Parish Sheriff's
11   Office and there will also be some state police
12   officers.  However, they're not in the Lake Charles
13   area.  They're assigned to the Alexandria area.
14          MR. McCANN:  And one police officer from
15   Natchitoches.
16          MR. WALKER:  And one police officer from
17   Natchitoches.
18          THE COURT:  Thank you.  ▆▆▆▆▆▆▆, would that have
19   any effect on your judgment in this case?
20          ▆▆▆▆▆▆▆▆▆:  No, ma'am.
21          THE COURT:  Can you treat a law enforcement officer
22   as you would any other witness?
23          ▆▆▆▆▆▆▆▆▆:  Yes, ma'am.
24          THE COURT:  Okay.  Thank you so much.
25          ▆▆▆▆▆▆▆▆▆:  You're welcome.
```

```
 1          THE COURT:  Anybody else?  Okay.  Down the aisle.
 2          ▉▉▉▉▉▉▉▉▉▉▉▉▉:  ▉▉▉▉▉▉▉, Constable Ward
 3   Seven.
 4          THE COURT:  Okay.  Educate me.
 5          ▉▉▉▉▉▉▉▉▉▉▉▉▉:  Just not nothing major, just
 6   almost like a peace keeper, evicting people out of
 7   houses and stuff like that, that need to be evicted,
 8   constable work.
 9          THE COURT:  Okay.  So that's not you; that's a
10   relative?
11          ▉▉▉▉▉▉▉▉▉▉▉▉▉:  That's a relative.
12          THE COURT:  And would that have any effect on you
13   sitting in judgment of this case?
14          ▉▉▉▉▉▉▉▉▉▉▉▉▉:  No, ma'am.
15          THE COURT:  Okay.  Could you pass it back to the
16   lady in the first row.
17          ▉▉▉▉▉▉▉▉:  Yes, I'm employed by Department of
18   Homeland Security, Immigration and Custom Enforcement.
19          THE COURT:  Okay.  And how long has that been for?
20          ▉▉▉▉▉▉▉▉:  20 years.
21          THE COURT:  Wow.  Most people don't have a 20-year
22   job, but -- and what do you work in?
23          ▉▉▉▉▉▉▉▉:  I work in enforcement and removal
24   operations.
25          THE COURT:  So do you actually arrest people?
```

1  ▉: No, ma'am, I do not.
2  THE COURT: All right. Do you judge whether or not
3  they're in compliance with Homeland Security?
4  ▉: To a certain extent I do, yes, ma'am.
5  THE COURT: Would you be willing to put that aside
6  and, you know, try to be impartial in this case?
7  ▉: Yes, ma'am.
8  THE COURT: Thank you so much.
9  MR. WALKER: Your Honor, the only thing I would
10 point out in connection with the case, one of the
11 witnesses who will be testifying and the case agent is
12 Eric Link.  He also works with Homeland Security.  I
13 asked him.  I don't believe they know each other, and
14 they're not connected in any way.  I simply wanted to
15 make it known that we do have a Homeland Security agent
16 who will be --
17 THE COURT: Would that make any difference to you,
18 ma'am?
19 ▉: No, ma'am.
20 THE COURT: Okay. Thank you. You know, this is a
21 criminal case so the burden of proof in this case is
22 beyond a reasonable doubt.  When you have a civil case
23 it's more probable than not, which means about like
24 this.  If you have the scales of justice -- (loud
25 noise.)  Thank you, Mr. Walker.

1       MR. WALKER: I apologize, Your Honor.
2       THE COURT: I do that all the time. But when you
3  have a criminal case it goes from this to this. It's a
4  much heavier burden. It's beyond a reasonable doubt.
5  Can you accept that without judgment? If you cannot,
6  please raise your hand. Well, if you can accept that
7  with judgment. I guess maybe that would be the better
8  thing. It's a different standard than a civil case.
9  Can you accept that? Please raise your hand if you
10 cannot. No hands are raised.
11      Has anyone in this area served as a juror in
12 another case? If so, please raise your hand. Okay.
13 Let's see. That's ▓▓▓▓▓▓. ▓▓▓▓▓▓ -- who has the
14 microphone? Play Sally Jessy Raphael. Yes, sir. Can
15 you tell us a little bit about that.
16      ▓▓▓▓▓▓: About me?
17      THE COURT: About your jury service.
18      ▓▓▓▓▓▓: The other jury that I served on?
19      THE COURT: Yes, sir.
20      ▓▓▓▓▓▓: Okay. It was in Alexandria. There was
21 a bank embezzlement and he had hired two lawyers from
22 Boston, Massachusetts to help him escape from the
23 country and to set up a Mexican identity, which they did
24 and he did get away. After a period of time, I'm not
25 sure the details, he either got caught or he turned

```
1    himself in; but he was plea bargaining with the
2    Government to go after the two lawyers in Boston.
3    That's what the case was about.
4         THE COURT:  That sounds very interesting.  What was
5    the outcome?
6         [REDACTED]:  It was 12 charges.  They were found
7    guilty on 11 out of 12.
8         THE COURT:  Okay.  How do you feel about that?  Did
9    you agree with that?
10        [REDACTED]:  Oh, yes.  It was unanimous.
11        THE COURT:  Okay.  Thank you.  And I think there
12   is -- are other people who were on juries before.  You
13   can pass down to the front row.  That would be
14   [REDACTED] -- no, [REDACTED].  I'm sorry?
15        [REDACTED]:  [REDACTED].
16        THE COURT:  Oh, yes.  [REDACTED] from [REDACTED].
17   Okay.  Could you tell us a little bit about that,
18   please.
19        [REDACTED]:  This was in Cameron, but a woman --
20   been a long time ago, 20 something years ago.  Woman got
21   in a wreck, broke her neck.  If I remember right,
22   they -- we had to go up to the jury box and everything
23   but they settled it out, you know.
24        THE COURT:  How did you feel about that?
25        [REDACTED]:  I was okay with it.
```

```
 1              THE COURT:  You can be happy if you want to.
 2              ▮▮▮▮▮▮▮:  Ma'am?
 3              THE COURT:  You can be happy if you want to.  Were
 4    you?
 5              ▮▮▮▮▮▮▮:  I can't hear you too good, ma'am.
 6              THE COURT:  Oh, I'm sorry.  I said you could be
 7    happy if you want to be.
 8              ▮▮▮▮▮▮▮:  Okay.
 9              THE COURT:  Usually when you get to go home from
10    jury duty people are happy.
11              ▮▮▮▮▮▮▮:  Oh, yes, ma'am.  If you tell me I can
12    go home, I'll be real happy.
13              THE COURT:  Okay.  Anything more you want to tell
14    me about?
15              ▮▮▮▮▮▮▮:  No, ma'am.
16              THE COURT:  Okay.  Let's see who's next.  Let's
17    see.  ▮▮▮▮▮▮▮?
18              ▮▮▮▮▮▮▮:  Yes.
19              THE COURT:  Can you tell me a little bit about
20    what's going on with you.
21              ▮▮▮▮▮▮▮:  Not nothing much.  I'm retired,
22    taking care of my grandkids.
23              THE COURT:  Okay.  Do they need you every day?
24              ▮▮▮▮▮▮▮:  The 18-month-old do.
25              THE COURT:  You have anyone who can take your
```

```
 1    place?
 2           ▉▉▉▉▉▉▉▉▉▉▉▉:  My sister's keeping them this week
 3    while I'm out.
 4           THE COURT:  Great.  Let me see if I have anything
 5    else to ask you.
 6           MR. McCANN:  Your Honor, you were asking questions
 7    about people that had prior jury service.  I don't
 8    necessarily think that ▉▉▉▉▉▉▉▉▉▉ had raised her
 9    hand, but I think that ▉▉▉▉▉▉▉ raised his.  Maybe we
10    could pass the microphone to ▉▉▉▉▉▉ and finish
11    talking about the jury duty stuff.
12           THE COURT:  Well, I think we can talk about
13    anything we want to.  ▉▉▉▉▉▉▉▉?
14           ▉▉▉▉▉▉▉▉:  Yes, ma'am.
15           THE COURT:  Could you take the microphone, please.
16           ▉▉▉▉▉▉▉▉:  All right.  I think it's the -- I don't
17    remember the exact name of the Court, but it was in Lake
18    Charles.  It wasn't this one.  It was the one on -- I
19    think it's 14th Judicial Court.
20           THE COURT:  14th JDC?
21           ▉▉▉▉▉▉▉▉:  Yes, ma'am.  I didn't make the jury
22    selection, but I did make it in here.  And it was a
23    criminal that was on parole and he got pulled over by a
24    police officer and was caught in possession of a 14
25    shotgun.
```

1      THE COURT: And what happened with that?
2      ▊: Do not know. Never did hear any more
3  about the case.
4      THE COURT: Okay. So how did you get involved in
5  that?
6      ▊: Basically, I got to this part. After
7  that they told me I was dismissed.
8      THE COURT: How'd you feel about that?
9      ▊: Well, honestly, I'd have liked to know
10 a little more about it, get the full details on it. But
11 I did what I could do.
12     THE COURT: Thank you for your service. Let's see
13 who's next. ▊, you have a star next to your
14 name. Can you tell me what's going on?
15     ▊: I'm not sure what you mean a star next
16 to my name.
17     THE COURT: Well, whenever there's something that
18 you answered a question to that's positive, "Yes, I did
19 this," we put a star by the name. Here it is. Let me
20 see. Someone in your close family was arrested for
21 domestic violence.
22     ▊: Yes, that's correct.
23     THE COURT: You don't have to tell me who, but can
24 you tell me a little bit about it.
25     ▊: Just he was having problems with his

```
 1    spouse and she ended up calling the cops and he was
 2    arrested.
 3         THE COURT:  And how did you feel about that?
 4         ▉▉▉▉▉▉▉▉▉:  Disappointed, upset.
 5         THE COURT:  In him or the cops?
 6         ▉▉▉▉▉▉▉▉▉:  In him.
 7         THE COURT:  Okay.  And how did that turn out?
 8         ▉▉▉▉▉▉▉▉▉:  Charges weren't filed.  They were
 9    dropped and -- I'm not really too sure the details, but
10    I'm pretty sure the charges were dropped.
11         THE COURT:  Will that have any effect on you in
12    this trial?
13         ▉▉▉▉▉▉▉▉▉:  Not at all.
14         THE COURT:  Okay.  Thank you so much.  Let's see.
15    ▉▉▉▉▉▉▉▉▉?
16         ▉▉▉▉▉▉▉▉▉:  Yes, ma'am.
17         THE COURT:  ▉▉▉▉▉▉▉, it looks like someone in
18    your family has been arrested.
19         ▉▉▉▉▉▉▉▉▉:  Yes, ma'am.
20         THE COURT:  Is that right?
21         ▉▉▉▉▉▉▉▉▉:  Yes, ma'am.
22         THE COURT:  How close were they to you?
23         ▉▉▉▉▉▉▉▉▉:  My father.
24         THE COURT:  Pretty close.  And how old were you
25    when that happened?
```

1    ▮▮▮▮▮▮▮▮▮:  I was real young, maybe seven or
2    eight.
3        THE COURT:  Oh.  How much do you remember about
4    that?
5        ▮▮▮▮▮▮▮▮▮:  All I remember is we went visit him
6    and he was in jail.  And after he got out he moved to
7    Houston, got out of Louisiana.  A little while after
8    that we moved.  All I can remember.
9        THE COURT:  Moved from Houston to Lake Charles?
10       ▮▮▮▮▮▮▮▮▮:  From Louisiana to Texas.
11       THE COURT:  Okay.  And how do you feel about that
12   experience?
13       ▮▮▮▮▮▮▮▮▮:  Things happen sometimes.
14       THE COURT:  Yes, they do; but how do you feel about
15   that personally?
16       ▮▮▮▮▮▮▮▮▮:  I kind of felt -- you know, I had a
17   lot of questions; but I didn't really know how to ask
18   them, you know.  I mean, I guess I was all right, all
19   right about it.  Just learning to live and deal with it.
20       THE COURT:  And what's up with your dad now?
21       ▮▮▮▮▮▮▮▮▮:  Oh, he deceased right now.
22       THE COURT:  How long ago did that happen?
23       ▮▮▮▮▮▮▮▮▮:  About four years now.
24       THE COURT:  Okay.  And what did your mom do about
25   it?

```
 1                    ███████████:  They kind of split up after a while,
 2       moved back to Louisiana.
 3               THE COURT:  Okay.  You're okay with that?
 4                    ███████████:  Oh, yeah.
 5               THE COURT:  Thank you so -- will that have any
 6       bearing on this case?
 7                    ███████████:  No, ma'am.
 8               THE COURT:  Okay.  Thank you so much.  ███████████?
 9                    ███████████:  Yes, ma'am.
10               THE COURT:  Can you tell me a little bit about the
11       questionnaire that you filed.
12                    ███████████:  I was selected to be -- I was an
13       alternate.  I don't remember if it was this year or last
14       year.  Alternate, downtown, the other courthouse.  I
15       don't know exactly.  Anyway, it was a local case.  It
16       was a case against one of the local hospitals.
17               THE COURT:  Okay.  Was that over on Pithon?
18                    ███████████:  No.  It's the one -- it's the one where
19       you park across the street at the Civic Center, you walk
20       across, that courthouse.
21               THE COURT:  That's 14th JDC.
22                    ███████████:  Okay.
23               THE COURT:  I used to work there.  That's how I
24       know.
25                    ███████████:  Okay.
```

```
 1        THE COURT:  And what was that case about, local
 2   hospital?
 3        ▮▮▮▮▮▮▮▮:  It was a case -- a young man was
 4   attacked in one of the local bar parking lots several
 5   years ago, severe brain damage.  It had to do with
 6   the -- basically, that the parents were suing the
 7   hospital -- one of the local hospitals for not getting
 8   him what he needed to be fast enough.
 9        THE COURT:  And what happened?
10        ▮▮▮▮▮▮▮▮:  I was an alternate --
11        THE COURT:  You --
12        ▮▮▮▮▮▮▮▮:  -- so never found out.
13        THE COURT:  Okay.  How did you feel about that?  If
14   you had been a juror, how would you have voted, if you
15   can tell me?  If you don't want to tell me, that's okay.
16        ▮▮▮▮▮▮▮▮:  It was -- I'm kind of glad I was just
17   an alternate because at the time I had a father who was
18   in a severe brain injury accident.  And whenever the
19   young man was able to come on the stand and testify
20   himself about what happened and we were just basically
21   getting his -- you know, what his -- you could tell the
22   severity of what had happened.  It had been several
23   years gone by.  That was kind of a personal, you know,
24   issue only because I have experienced it for 15 years
25   dealing with my father.  So -- but it had nothing -- you
```

```
 1    know, like I said, I was an alternate, so.
 2         THE COURT:  If you had been a juror, did you agree
 3    with the jury's vote?
 4         [REDACTED]:  I don't know which way they voted
 5    but --
 6         THE COURT:  I don't either.
 7         [REDACTED]:  Yeah.  That's the only thing is I don't
 8    know...
 9         THE COURT: That's okay.  That's okay.  I think
10    that's it.
11         MR. McCANN:  Your Honor, may we have a sidebar,
12    please, me and Mr. Walker?
13         THE COURT:  Sure.  Come on up.
14         MR. McCANN:  Can we do it in chambers?  Is that
15    possible?
16         THE COURT:  Sure.  We're going to take a little
17    recess, very little.
18              (Proceedings recessed.)
19
20
21
22              * * * * * *
23
24
25
```

1   CERTIFICATE
2
3      I hereby certify this 7th day of December, 2016, that
4   the foregoing is, to the best of my ability and
5   understanding, a true and correct transcript of the
6   proceedings in the above-entitled matter.
7
8                              S/Deidre D. Juranka, RPR
                               Official Court Reporter
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Deidre D. Juranka, RPR**
**United States Court Reporter**
**Western District of Louisiana**