# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 20, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30381    USA v. Frankie Maldonado
                        USDC No. 1:14-CR-207-1

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

Mr. Christopher Albert Aberle
Mr. Frankie Maldonado
Mr. Tony R. Moore
Mr. Thomas Forrest Phillips

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30381
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

FRANKIE MALDONADO,

    Defendant - Appellant

_____

Appeals from the United States District Court
for the Western District of Louisiana

_____

O R D E R :

    IT IS ORDERED that the motion of Christopher Albert Aberle to withdraw as court appointed counsel is GRANTED.

/s/ James E. Graves, Jr.
_____
JAMES E. GRAVES, JR.
UNITED STATES CIRCUIT JUDGE